# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondent.

No. 77800

FILED

MAR 1 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se amended notice of appeal. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal.[1] *See* NRAP 3(c)(1)(B). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Appellant's "Amended Notice of Appeal" appears to be a motion requesting that the district court enter a written order resolving the tolling motion filed below.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-11045

cc:    Hon. Adriana Escobar, District Judge
       John Elvin Turner
       Attorney General/Las Vegas
       Eighth District Court Clerk